

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-91,496-01

### EX PARTE TARA RENEE GOODE, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. C-213-W011693-1454530-A IN THE 213TH DISTRICT COURT FROM TARRANT COUNTY

*Per curiam*.

### O R D E R

Applicant was convicted of possession of a controlled substance, less than 1 gram, and sentenced to 12 months' State Jail. Applicant filed a pro se application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

On February 3, 2021, the trial court granted Applicant's "Unopposed Motion to Withdraw" her pro se application and replace it with habeas counsel's application and memorandum in support. This Court received a copy of habeas counsel's memorandum on February 9, 2021. Since then, we have not received notice of any activity in this case. *See* Art. 11.07, § 3(b), (c). We remand this application to the trial court to complete its evidentiary investigation and make findings of fact and

conclusions of law.

The trial court shall make findings of fact and conclusions of law within ninety days from the date of this order. The district clerk shall then immediately forward to this Court the trial court's findings and conclusions and the record developed on remand, including, among other things, the habeas application, affidavits, motions, objections, proposed findings and conclusions, orders, and transcripts from hearings and depositions. *See* TEX. R. APP. P. 73.4(b)(4). Any extensions of time must be requested by the trial court and obtained from this Court.

Filed: June 16, 2021
Do not publish